In the Matter of the Application of JAMES F. CAMPBELL for Payment of Award in Proceeding to Acquire Title to Certain Lands and Premises on Broadway and Campbell Avenue, etc., Borough of Richmond, etc., Duly Selected for School Purposes, etc.— Motion to direct city chamberlain of the city of New York to pay award granted. Order signed. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

In the Matter of the Application of the CITY OF NEW YORK, Relative to Acquiring Title, etc., to the Undedicated Portion of Jersey Street, etc., Borough of Richmond, etc.— Motion to dismiss appeal of W. P. Tanner-Gross Co. denied on condition that said appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

In the Matter of Acquiring Title by the CITY OF NEW YORK to Certain Lands on Powell Street, between Dumont and Livonia Avenues, Adjoining Premises of Public School No. 109, Borough of Brooklyn, etc., Duly Selected as a Site for School Purposes, etc.— Motion to direct city chamberlain of the city of New York to pay award denied, with leave to renew upon proper papers. The papers contain no proof of title. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

In the Matter of the Application of FORTUNATO DELORENZO for Payment of Award, etc., in a Proceeding to Acquire Title by the City of New York to Certain Lands Consisting of the Block Bounded by Polhemus Avenue, Wren Place, Rex Road and Fenn Place, Jamaica South, Borough of Queens, etc., Selected as a School Site.— Motion to direct city chamberlain of the city of New York to pay award granted. Order signed. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

In the Matter of the Application of FRANCIS NEWLIN, JOHN HENRY STAMMINGER and LULU STAMMINGER for Payment of Award, etc., in a Proceeding to Acquire Title by the City of New York to Certain Lands and Premises Consisting of a Block Bounded by Academy Place, Yetman Avenue, Arlington Avenue and Manhattan Street, etc., Borough of Richmond, Selected as a School Site.— Motion to direct city chamberlain of the city of New York to pay award granted. Order signed. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

In the Matter of the Application of RESOURCE HOLDING CORPORATION for Payment of Award in Proceedings to Acquire Title to Certain Lots and Premises on Powell Street, between Dumont and Livonia Avenues, Adjoining Premises of Public School No. 109, Borough of Brooklyn, Selected as a Site for School Purposes.— Application referred to Gardiner Conroy, to take proof and to report, with his conclusions, to the court. Order signed. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

CATHERINE JOSTEN, Executrix, etc., of HENRY JOSTEN, Deceased, Appellant, v. NEO GRAVURE PRINTING Co., INC., Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.